STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Jonathan Brown
Attorney at Law
1025 Mill Street
Lake Charles LA 70601

REHEARING ACTION: July 8, 2015

Docket Number: 15   00040-KA

STATE OF LOUISIANA
VERSUS
BENGY R. COOLEY

Appealed from Vernon Parish Case No. 80641

BEFORE JUDGES:

Hon. Ulysses Gene Thibodeaux
Hon. Billy Howard Ezell
Hon. Shannon J. Gremillion

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Bengy R. Cooley** has this day been

**DENIED.**

cc: Hon. Asa Allen Skinner, Counsel for the Appellee
    Terry Wayne Lambright, Counsel for the Appellee